IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| In re: | **Bankruptcy Court for the Southern District of Texas** |
|---|---|
| **RHODIUIM ENCORE LLC, et al.,**[1] <br> Debtor. | **Chapter 11** <br> **Case No. 24-90448 (ARP)** <br> **(Jointly Administered)** |
| **345 PARTNERS SPV2 LLC, GRANT FAIRBAIRN, AS TRUSTEE AND ON BEHALF OF GRANT FAIRBAIRN REVOCABLE TRUST, NINA FAIRBAIRN, AS TRUSTEE AND ON BEHALF OF NINA CLAIRE FAIRBAIRN REVOCABLE TRUST, RICHARD FULLERTON, WILLIAM HO, AS TRUSTEE AND ON BEHALF OF GR FAIRBAIRN FAMILY TRUST, NCF EAGLE TRUST, GRF TIGER TRUST, AND NC FAIRBAIRN FAMILY TRUST,** | **Adv. Pro. No. 25-04008** |

---

[1] The Debtors in the Chapter 11 cases are as follows: Rhodium Encore LLC, Jordan HPC LLC, Rhodium JV LLC, Rhodium 2.0 LLC, Rhodium 10MW LLC, Rhodium 30MW LLC, Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium Renewables LLC, Air HPC LLC, Rhodium Shared Services LLC, Rhodium Ready Ventures LLC, Rhodium Industries LLC, Rhodium Encore Sub LLC, Jordan HPC Sub LLC, Rhodium 2.0 Sub LLC, Rhodium 10MW Sub LLC, Rhodium 30MW Sub LLC, and Rhodium Renewables Sub LLC.

| | |
|---|---|
| SCOTT KINTZ, AS TRUSTEE AND ON BEHALF OF KINTZ FAMILY TRUST, JACOB RUBIN, TRANSCEND PARTNERS LEGEND FUND LLC, VALLEY HIGH LP, JERALD WEINTRAUB, AS TRUSTEE AND ON BEHALF OF JERALD AND MELODY HOWE WEINTRAUB REVOCABLE LIVING TRUST DTD 02/05/98, AS AMENDED, AND MIKE WILKINS, AS TRUSTEE AND ON BEHALF OF WILKINS-DUIGNAN 2009 REVOCABLE TRUST<br>    Plaintiffs,<br>v<br>NATHAN NICHOLS, CHASE BLACKMON, CAMERON BLACKMON, AND IMPERIUM INVESTMENTS HOLDINGS, LLC.,<br>    Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE

Upon the Motion to Transfer Venue pursuant to 28 U.S.C. §§ 1404 and 1412 and Fed. R. Bankr. P. 7087 (ECF No. ___) (the "Motion")[2] of Defendants Nathan Nichols, Chase Blackmon, Cameron Blackmon, and Imperium Investments Holdings, LLC in this case, for entry of an order (the "Order") granting the Motion; the Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided and that no other or further notice is necessary; and the Court having reviewed and considered the Motion and all supporting papers and responses and replies thereto (if any), and the argument of the parties; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The relief requested by Defendants is hereby granted as set forth herein.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2. Adversary Proceeding No. 25-04008 is hereby transferred to the Bankruptcy Court for the Southern District of Texas, Houston Division.

# # # END OF ORDER # # #

Order Prepared by:

*Stephen W. Lemmon*
Stephen W. Lemmon
STREUSAND, LANDON, OZBURN
& LEMMON LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Tel: (512) 236-9900
Fax: (512) 236-9904 (Fax)
Email: lemmon@slollp.com