

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 24, 2025**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RHODIUM ENCORE LLC, *et al*., | § | Case No. 24-90448 (Bankr. S.D. Texas) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| 345 PARTNERS SPV2 LLC, *et al*., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 25-04008 |
| | § | |
| NATHAN NICHOLS, *et al*., | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

This adversary proceeding was initiated with the filing of a *Notice of Removal* [Docket No. 1-1] by Defendants Nathan Nichols, Chase Blackmon, Cameron Blackmon, and Imperium Investments Holdings, LLC (collectively, the "**Removing Defendants**") on January 21, 2025.

On February 20, 2025, Plaintiffs filed the *Plaintiffs' Motion to Remand and Abstain* [Docket No. 5] (the "**Remand Motion**"). On February 24, 2025, the Removing Defendants filed Defendants' Motion to Transfer Venue [Docket No. 7] (the "**Venue Transfer Motion**").

Page 1

On February 24, 2025, the Court conducted a status conference in the adversary proceeding.  The Plaintiffs, the Removing Defendants, and Defendant Nicholas Cerasuolo all appeared at the hearing by and through counsel.  At the hearing, the Court discussed scheduling in relation to the Remand Motion and Venue Transfer Motion with counsel.  Based upon such discussion, it is hereby:

**ORDERED** that the following deadlines shall apply in relation to the Remand Motion and Venue Transfer Motion (collectively, the "**Motions**"):

1. A **deadline of March 24, 2025**, is hereby fixed for the filing and service of responses to each of the Motions; and

2. A **deadline of April 7, 2025**, is hereby fixed for the filing and service of replies to any responses to the Motions that are filed.

It is further

**ORDERED** that a hearing will be conducted on the Motions on **April 11, 2025, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 and by WebEx videoconference at https://us-courts.webex.com/meet/morris.

### END OF ORDER ###