FILED
TARRANT COUNTY
1/14/2025 4:33 PM
THOMAS A. WILDER
DISTRICT CLERK

## KIMBERLY FITZPATRICK
### DISTRICT JUDGE
342ND JUDICIAL DISTRICT OF TEXAS
TOM VANDERGRIFF CIVIL COURTS BUILDING
100 N. CALHOUN STREET, 5TH FLOOR
FORT WORTH, TEXAS 76196-0320

CELSIE ROBERSON
COURT COORDINATOR
817-884-2710

JANICE McMORAN
COURT REPORTER
817-884-2712

January 14, 2025

TRIAL SETTING LETTER

RE:   Case Number: 342-360258-24
      345 Partners SPV2 LLC, et al vs. Nathan Nichols, et al

**NON-JURY TRIAL DATE: December 15, 2025, at 8:30 am**

**LEVEL 3 DISCOVERY CONTROL PLAN - Scheduling Order due within 30 days from the date of this letter or a scheduling conference will be set by the Court.**

To Parties or Attorneys of Record:

Please be advised that your case is set/reset for trial on the date indicated above. In accordance with Local Rule 3.01, any party having any known objection to the setting should inform me of their objection in writing within seven days after receiving this notice.

If a request for a jury trial is timely filed and the jury fee paid in accordance with Rule 216 TRCP, the case will move to the jury position on the docket.

All parties should read and comply with Local Rules 3.02 and 3.03.

Thank you for your attention to this matter. Please contact Celsie Roberson, my coordinator, at 817-884-2710 should you have any questions.

Best regards,

Judge Kimberly Fitzpatrick

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96219979
Filing Code Description: No Fee Documents
Filing Description: ltr from the ct
Status as of 1/14/2025 4:41 PM CST

Associated Case Party: THE345 PARTNERS SPV2 LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chase Potter | 24088245 | potter@imcplaw.com | 1/14/2025 4:33:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Tomasco | | pattytomasco@quinnemanuel.com | 1/14/2025 4:33:53 PM | SENT |