# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHEN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>RHODIUM ENCORE, LLC, et al.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 24-90448 (ARP) (Bankr. S.D.Tex.) |
| 345 PARTNERS SPV2 LLC, GRANT FAIRBAIRN, AS TRUSTEE AND ON BEHALF OF GRANT FAIRBAIRN REVOCABLE TRUST, NINA FAIRBAIRN, AS TRUSTEE AND ON BEHALF OF NINA CLAIRE FAIRBAIRN REVOCABLE TRUST, RICHARD FULLERTON, WILLIAM HO, AS TRUSTEE AND ON BEHALF OF GR FAIRBAIRN FAMILY TRUST, NCF EAGLE TRUST, GRF TIGER TRUST, AND NC FAIRBAIRN FAMILY TRUST, SCOTT KINTZ, AS TRUSTEE AND ON BEHALF OF KINTZ FAMILY TRUST, JACOB RUBIN, TRANSCEND PARTNERS LEGEND FUND LLC, VALLEY HIGH LP, JERALD WEINTRAUB, AS TRUSTEE AND ON BEHALF OF JERALD AND MELODY HOWE WEINTRAUB REVOCABLE LIVING TRUST DTD 02/05/98, AS AMENDED, AND MIKE WILKINS, AS TRUSTEE AND ON BEHALF OF WILKINS-DUIGNAN 2009 REVOCABLE TRUST,<br><br>           Plaintiffs,<br><br>v.<br><br>NATHAN NICHOLS, CHASE BLACKMON, CAMERON BLACKMON, NICHOLAS CERASUOLO, AND IMPERIUM INVESTMENT HOLDINGS, LLC.,<br><br>           Defendants. | Adv. Pro. No. 25-04008 |

**NOTICE OF AGREED PROPOSED ORDER**

PLEASE TAKE NOTICE that the Plaintiffs,[1] Defendants,[2] and Proposed Intervenor-Defendant[3] (together, the "Parties") have agreed to the proposed agreed order attached hereto.

| | |
|---|---|
| Dated: April 10, 2025 | Respectfully submitted, |
| | SHANNON & LEE LLP |
| | */s/R. J. Shannon* |
| | Kyung S. Lee |
| | State Bar No. 12128400 |
| | R.J. Shannon |
| | State Bar No. 24108062 |
| | 2100 Travis Street, STE 1525 |
| | Houston, Texas 77002 |
| | Email:  klee@shannonleellp.com |
| |           rshannon@shannonleellp.com |
| | Phone: (713) 714-5770 |
| | *Counsel to Defendant Nicholas Cerasuolo* |

### CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, the forgoing document was served through the Court's CM/ECF System on all parties registered to receive such service.

*/s/R. J. Shannon*
R. J. Shannon

---

[1] The Plaintiffs are 345 Partners SPV2 LLC, Grant Fairbairn, as Trustee and on behalf of Grant Fairbairn Revocable Trust, Nina Fairbairn, as Trustee and on behalf of Nina Claire Fairbairn Revocable Trust, Richard Fullerton, William Ho, as Trustee and on Behalf of GR Fairbairn Family Trust, NCF Eagle Trust, GRF Tiger Trust, and NC Fairbairn Family Trust, Scott Kintz, as Trustee and on behalf of Kintz Family Trust, Jacob Rubin, Transcend Partners Legend Fund LLC, Valley High LP, Jerald Weintraub, as Trustee and on Behalf of Jerald and Melody Howe Weintraub Revocable Living Trust Dtd 02/05/98, as amended, and Mike Wilkins, as Trustee and on behalf of Wilkins-Duignan 2009 Revocable Trust.

[2] The Defendants are Nathan Nichols, Chase Blackmon, Cameron Blackmon, Nicholas Cerasuolo, and Imperium Investment Holdings, LLC.

[3] The Proposed Intervenor-Defendant is the Special Committee of the Board of Directors of Rhodium Enterprises, Inc.