

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 11, 2025**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>RHODIUM ENCORE, LLC, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-90448 (ARP) (Bankr. S.D. Tex.) |
| 345 PARTNERS SPV2 LLC et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATHAN NICHOLS et al.,<br><br>Defendants. | Adv. Pro. No. 25-04008 |

**AGREED ORDER (A) TRANSFERRING CASE TO THE U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS WITHOUT DETERMINING JURISDICTION, ABSTENTION, REMAND OR OTHER PENDING DISPUTES, (B) ABATING CASE THROUGH MAY 12, 2025, AND (C) GRANTING RELATED RELIEF**

Whereas the Plaintiffs,[1] Defendants,[2] and Proposed Intervenor-Defendant[3] (each a "Party" and, collectively, the "Parties") in the above-captioned adversary proceeding (the "Adversary Proceeding") agree to the entry of this order in the interest of attempting to facilitate a potential, consensual resolution of the disputes at a mediation, it is THEREFORE ORDERED:

1. The Adversary Proceeding shall be transferred to the U.S. Bankruptcy Court for the Southern District of Texas.

2. Notwithstanding the transfer, the Parties reserve all rights with respect to the Adversary Proceeding, including, without limitation, the *Plaintiffs' Motion to Remand and Abstain* [Adv. Dkt. No. 5] and the *Special Committee's Motion to Intervene and Motion for Leave to File Brief in Support of Defendants' Motion to Transfer and in Opposition to Plaintiffs' Motion to Remand* [Adv. Dkt. No. 16]. This Order does not constitute a finding or determination of this Court regarding jurisdiction, remand, abstention, intervention, or any other matter.

3. The Adversary Proceeding shall be abated until the earlier of (a) an order of the U.S. Bankruptcy Court of the Southern District of Texas or (b) May 12, 2025. Absent agreement of all the Parties or leave of the appropriate court, the Parties shall take no action to pursue the Adversary Proceeding during the abatement period except to seek leave of the appropriate court or to enforce this Order.

---

[1] The Plaintiffs are 345 Partners SPV2 LLC, Grant Fairbairn, as Trustee and on behalf of Grant Fairbairn Revocable Trust, Nina Fairbairn, as Trustee and on behalf of Nina Claire Fairbairn Revocable Trust, Richard Fullerton, William Ho, as Trustee and on Behalf of GR Fairbairn Family Trust, NCF Eagle Trust, GRF Tiger Trust, and NC Fairbairn Family Trust, Scott Kintz, as Trustee and on behalf of Kintz Family Trust, Jacob Rubin, Transcend Partners Legend Fund LLC, Valley High LP, Jerald Weintraub, as Trustee and on Behalf of Jerald and Melody Howe Weintraub Revocable Living Trust Dtd 02/05/98, as amended, and Mike Wilkins, as Trustee and on behalf of Wilkins-Duignan 2009 Revocable Trust.

[2] The Defendants are Nathan Nichols, Chase Blackmon, Cameron Blackmon, Nicholas Cerasuolo, and Imperium Investment Holdings, LLC.

[3] The Proposed Intervenor-Defendant is the Special Committee of the Board of Directors of Rhodium Enterprises, Inc.

4. This Order shall not prevent the U.S. Bankruptcy Court for the Southern District of Texas or other appropriate court from taking any action or entering any order after the Adversary Proceeding is transferred.

# # # END OF ORDER # # #

SUBMITTED AND AGREED:

/s/ *R. J. Shannon*
SHANNON & LEE LLP
Kyung S. Lee
TX Bar No. 12128400
R. J. Shannon
TX Bar No. 24108062
Ella A. Cornwall
TX Bar. No. 24142801
2100 Travis Street
Houston, Texas 77002
Telephone: 713-714-5770
Email: klee@shannonleellp.com
rshannon@shannonleellp.com
ecornwall@shannonleellp.com

*Attorneys for Defendant Nicholas Cerasuolo*

/s/ *Rhonda Mates*
STREUSAND, LANDON, OZBURN & LEMMON, LLP
Stephen W. Lemmon
TX Bar No. 12194500
Rhonda Mates
TX Bar No. 24040491
1801 S. MoPac Expressway, STE 320
Austin, Texas 78746
Telephone: 512-236-9900
Email: lemmon@slollp.com
mates@slollp.com

*Attorneys for Defendants Nathan Nichols, Chase Blackmon, Cameron Blackmon, and Imperium Investment Holdings, LLC*

/s/ *Chase J. Potter*
IACUONE MCALLISTER POTTER PLLC
Chase J. Potter
TX Bar No. 24088245
Joshua J. Iacuone
TX Bar No. 24036818
Joshua L. Shepheard
TX Bar. No. 24142801
Anna Olin Richardson
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: 214-432-1536
Email: potter@imcplaw.com
josh@imcplaw.com
shepherd@imcplaw.com
anna@imcplaw.com

/s/ *Vincent P. Schmeltz III*
BARNES & THORNBURG LLP
Thomas Haskins
TX Bar No. 24087681
2121 N. Pearl Street Suite 700
Dallas, TX 75201
Telephone: 214-258-4111
Email: thaskins@btlaw.com

-and-

Vincent P. (Trace) Schmeltz III
(*pro hac vice pending*)
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: 312-214-5602
Email: tschmeltz@btlaw.com

3

| | |
|---|---|
| *Attorneys for Plaintiffs 345 Partners SPV2 LLC, Grant Fairbairn, as Trustee and on behalf of Grant Fairbairn Revocable Trust, Nina Fairbairn, as Trustee and on behalf of Nina Claire Fairbairn Revocable Trust, Richard Fullerton, William Ho, as Trustee and on Behalf of GR Fairbairn Family Trust, NCF Eagle Trust, GRF Tiger Trust, and NC Fairbairn Family Trust, Scott Kintz, as Trustee and on behalf of Kintz Family Trust, Jacob Rubin, Transcend Partners Legend Fund LLC, Valley High LP, Jerald Weintraub, as Trustee and on Behalf of Jerald and Melody Howe Weintraub Revocable Living Trust Dtd 02/05/98, as amended, and Mike Wilkins, as Trustee and on behalf of Wilkins-Duignan 2009 Revocable Trust* | *Attorneys for Proposed Intervenor-Defendant Special Committee of the Board of Directors of Rhodium Enterprises, Inc.* |

4